1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGINA LEE, on behalf of herself and all others similarly situated, | Case No. |
| | **NOTICE OF REMOVAL** |
| Plaintiff, | |
| | Removed from King County Superior Court (Case No. 23-2-25060-5 SEA) |
| v. | |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., AMAZON.COM, INC., | [28 U.S.C. §§ 1331, 1441, and 1446] |
| Defendants. | |

TO:    THE CLERK OF THE COURT

PLEASE TAKE NOTICE that Defendant Amazon.com, Inc.[1] ("Amazon") hereby removes the above-captioned action, *Regina Lee, et al. v. First Advantage Background Services Corp., Amazon.com, Inc.*, Case No. 23-2-25060-5 (the "Action"), from the Superior Court of Washington for King County to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. §§ 1441 and 1446. This Court has original jurisdiction over this Action in the form of federal question jurisdiction pursuant to 28 U.S.C. § 1331 because the Complaint asserts claims arising under the laws of the United States.

---

[1] Amazon.com, Inc. asserts that it is an erroneously named defendant and that Amazon.com Services, LLC is the correct corporate entity, as it is the entity to which Plaintiff applied for employment, as well as the entity that requested the consumer report that is referenced in the Complaint.

NOTICE OF REMOVAL - 1

1                    **PROCEDURAL HISTORY AND BACKGROUND**

2       1.      On December 19, 2023, Plaintiff Regina Lee ("Plaintiff") filed an unverified class

3 action complaint in the Superior Court of Washington for King County, titled *Regina Lee v. First*

4 *Advantage Background Services Corp. and Amazon.com, Inc.*, Case No. 23-2-25060-5 (the

5 "Complaint"). The Complaint alleges two causes of action: (1) violation of 15 U.S.C. § 1681e(b)

6 (Fair Credit Reporting Act ("FCRA")); and (2) violation of 15 U.S.C. § 1681b(b)(3) (FCRA). The

7 first cause of action is alleged solely against Defendant First Advantage Background Services,

8 Corp. ("First Advantage") and the second cause of action is alleged solely against Amazon.

9       2.      Amazon was served with the Complaint on January 4, 2024. True and correct copies

10 of the Complaint and Summons are attached as **Exhibit A** and **Exhibit B**, respectively.

11       3.      Defendant First Advantage was served with the Complaint on January 4, 2024.

12       4.      Amazon has not entered an appearance, answered, moved or otherwise responded

13 to the Complaint in the Action pending before the Superior Court of Washington for King County.

14 No motions or other proceedings are pending there.

15       5.      Plaintiff seeks actual, statutory, and punitive damages under the FCRA on behalf

16 of a purported class of similarly situated individuals.

17       6.      This Notice of Removal is filed within thirty (30) days after service of the Summons

18 and Complain on Amazon on January 4, 2024. Accordingly, removal of this Action is timely under

19 28 U.S.C. § 1446(b).

20             **DEFENDANT FIRST ADVANTAGE CONSENTS TO REMOVAL**

21       7.      The other named defendant in this matter, First Advantage, joins in and consents to

22 the removal of the Action to this Court.

23                           **VENUE IS PROPER**

24       8.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because

25 the Seattle Division of the United States District Court for the Western District of Washington

26 embraces the place where this Action is pending, King County Superior Court.

NOTICE OF REMOVAL - 2

**FEDERAL QUESTION JURISDICTION EXISTS UNDER 28 U.S.C. § 1331.**

9.      This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a).

10.      Federal question jurisdiction exists under 28 U.S.C. § 1331 where a complaint asserts a claim "arising under the Constitution, laws, or treatises of the United States." *See* 28 U.S.C. § 1331; *Ethridge v. Harbor House Rest.*, 861 F.2d 1389, 1393-94 (9th Cir. 1988) ("When a plaintiff's complaint relies on federal law as the source of recovery, it is obvious that the case 'arises under' federal law and therefore may be removed to federal court."). The presence or absence of federal question jurisdiction is governed by the "well-pleaded" complaint rule, which provides that federal jurisdiction exists "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Id*. at 1394.

11.      This Court has original jurisdiction of the Action pursuant to 28 U.S.C. § 1331 because Plaintiff has alleged two claims under the FCRA, 15 U.S.C. §§ 1681 *et seq.*, which is a federal statute.  Thus, the Action presents a federal question.

**THE OTHER PREREQUISITES FOR REMOVAL HAVE BEEN SATISFIED**

12.      As set forth above, this Notice of Removal is timely filed within thirty (30) days of service of process on Amazon.

13.      No previous Notice of Removal has been filed or made with this Court for the relief sought.

14.      All other filings and records of the Action, including a copy of the docket sheet, are attached as **Exhibits C** through **I**.  Thus, the entire record of the Action is filed with this Court.

15.      As required by 28 U.S.C. § 1446(d), Amazon will promptly serve Plaintiff and all other parties with this Notice of Removal and will promptly file a copy of this Notice of Removal with the Superior Court of Washington for King County.

16.      If any question arises as to the propriety of the removal of this Action, Amazon requests the opportunity to present a brief and oral argument in support of its position that this case

MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400

1    is removable.

2        17.    By this Notice of Removal and the exhibits attached hereto and the documents filed

3    concurrently herewith, Amazon does not intend to make any admission of fact, law or liability

4    relating to the claims in the Complaint and it expressly reserves the right to make any and all

5    defenses and motions necessary in its defense against Plaintiff's allegations.

6        **WHEREFORE**, Defendant Amazon hereby gives notice that the Action, currently

7    pending in the Superior Court of Washington for King County, is hereby removed to the United

8    States District Court for the Western District of Washington.

9

10   Dated: January 24, 2024          MORGAN, LEWIS & BOCKIUS LLP

11

12             By: */s/ Austin Popham*

13             Austin Popham, WSBA No. 59193
               1301 Second Avenue, Suite 3000
               Seattle, WA 98101

14             Phone: (206) 274-6400

15             Email: austin.popham@morganlewis.com

16             W. John Lee (*pro hac vice application
               forthcoming*)

17             Chloe Keating Leigh (*pro hac vice application
               forthcoming*)

18             2222 Market Street
               Philadelphia, PA 19103

19             Phone: (215) 963-5000

20             Email: w.john.lee@morganlewis.com
                     chloe.leigh@morganlewis.com

21

22             *Attorneys for Defendant Amazon.Com, Inc.*

23

24

25

26

NOTICE OF REMOVAL - 4

**CERTIFICATE OF SERVICE**

I, Lixi Aylin Stitt, declare that I am employed by the law firm of Morgan, Lewis & Bockius LLP, a resident of the state of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On January 24, 2024, I caused a true and correct copy of the foregoing documents to be served on counsel listed below in the manner indicated:

1. Defendant Amazon.Com, Inc.'s Notice of Removal to Federal Court

2. Defendant Amazon.Com, Inc.'s Corporate Disclosure Statement

3. Notice of Filing of Notice of Removal

TERRELL MARSHALL LAW GROUP PLLC
Beth E. Terrell, WSBA No. 26759
Blythe H. Chandler, WSBA No. 43387
936 North 34 th Street, Suite 300
Seattle, Washington 98103
(206) 816-6603 | Phone
Email: bterrell@terrellmarshall.com
       bchandler@terrellmarshall.com

☒ Via ECF
☐ Via U.S. Mail, Postage Prepaid
☐ Via Facsimile
☐ Via Messenger Service
☒ Via Email

BERGER MONTAGUE PC
E. Michelle Drake, (*Pro Hac Vice Forthcoming*)
Joseph C. Hashmall, (*Pro Hac Vice Forthcoming*)
43 SE Main Street, Suite 505
Minneapolis, MN  55414
(612) 594-5999 | Phone
Email: emdrake@bm.ne t
       jhashmall@bm.net

☒ Via ECF
☐ Via U.S. Mail, Postage Prepaid
☐ Via Facsimile
☐ Via Messenger Service
☒ Via Email

*Counsel for Plaintiff*

Dated: January 24, 2024 at Seattle, Washington.

*/s/ Lixi Aylin Stitt*
Lixi Aylin Stitt

CERTIFICATE OF SERVICE - 5

MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1.206.274.6400