THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGINA LEE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP. and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 2:24-cv-00103-JHC<br><br>STIPULATED MOTION FOR EXTENSION OF TIME<br><br>Note On Motion Calendar: January 26, 2024 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Regina Lee ("Plaintiff") and Defendants First Advantage Background Services Corp. ("First Advantage") and Amazon.com, Inc.[1] ("Amazon") (collectively, "the Parties"), STIPULATE AND AGREE to extend the deadline for First Advantage and Amazon to move, answer, or otherwise respond to the Complaint from January 31, 2024 to March 1, 2024.  The stipulation (the "Stipulation") is based on the following:

---

[1] Amazon.com, Inc. asserts that it is an erroneously named defendant and that Amazon.com Services, LLC is the correct corporate entity, as it is the entity to which Plaintiff applied for employment, as well as the entity that requested the consumer report that is referenced in the Complaint.

STIPULATED MOTION FOR
EXTENSION OF TIME
(Case No. 2:24-cv-00103-SEA) - 1

WHEREAS, Plaintiff filed her Complaint in the above action in the Superior Court of the State of Washington for King County on December 19, 2023;

WHEREAS, Plaintiff served First Advantage and Amazon with copies of the Complaint on January 4, 2024;

WHEREAS, Amazon filed a Notice of Removal in this Court for the above captioned action on Janary 24, 2024 [ECF Dkt. No. 1];

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the deadline for First Advantage and Amazon to move, answer, or otherwise respond to the Complaint is currently January 31, 2024;

WHEREAS, the Parties, by and through their undersigned counsel, hereby stipulate and agree that, to allow First Advantage and Amazon adequate time to investigate and respond to the allegations asserted in the Complaint, First Advantage and Amazon should have until March 1, 2024 to answer, move, or otherwise respond to the Complaint.

WHEREAS, this is the first request for an extension requested by any party in this matter;

WHEREAS, the granting of this Stipulation will not prejudice any party, as Plaintiff has agreed to this extension, and this extension is being sought in good faith and not for delay or any other improper purpose.

NOW THEREFORE, the Parties stipulate to the following:

1. To extend the deadline for First Advantage and Amazon to move, answer, or otherwise respond to the Complaint to from January 31, 2024 to **March 1, 2024**.

2. This Stipulation and Order shall not operate as an admissison of any factual allegation or legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim, or objection.

///

///

STIPULATED MOTION FOR
EXTENSION OF TIME
(Case No. 2:24-cv-00103-SEA) - 2

STIPULATED AND AGREED TO this 26th day of January, 2024.

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: */s/ Blythe H. Chandler* <br> Blythe H. Chandler, WSBA No. 43387 <br> Beth E. Terrell, WSBA No. 26759 <br> 936 North 34th Street, Suite 300 <br> Seattle, WA 98103 <br> Phone: (206) 816-6603 <br> Email: bchandler@terrellmarshall.com <br> bterrell@terrellmarshall.com | By: */s/ Austin Popham* <br> Austin Popham, WSBA No. 59193 <br> 1301 Second Avenue, Suite 2800 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: austin.popham@morganlewis.com <br><br> W. John Lee (*Pro Hac Vice Pending*) <br> Chloe Leigh Keating (*Pro Hac Vice Pending*) <br> 2222 Market Street <br> Philadelphia, PA 19103 <br> Phone: (215) 963-5000 <br> Email: w.john.lee@morganlewis.com <br> chloe.leigh@morganlewis.com |
| **BERGER MONTAGUE PC** <br><br> Joseph C. Hashmall, (*Pro Hac Vice Pending*) <br> E. Michelle Drake (*Pro Hac Vice application forthcoming*) <br> 43 SE Main Street, Suite 505 <br> Minneapolis, MN 55414 <br> Phone: (612) 594-5999 <br> Email: emdrake@bm.net <br> jhashmall@bm.net <br><br> *Attorneys for Plaintiffs* | *Attorneys for Defendant Amazon.com, Inc.* <br><br> **SEYFARTH SHAW LLP** <br><br> By: */s/ Andrew R. Escobar* <br> Andrew R. Escobar, WSBA No. 42793 <br> 999 Third Avenue, Suite 4700 <br> Seattle, WA 98104-4041 <br> Phone: (206) 946-4910 <br> Email: aescobar@seyfarth.com <br><br> *Counsel for Defendant First Advantage Background Services Corp.* |

# ORDER

Dated this 26th day of January, 2024.

IT IS SO ORDERED.

*John H. Chun*
_____
UNITED STATES DISTRICT JUDGE JOHN H. CHUN

*Presented by:*

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: */s/ Blythe H. Chandler* <br> Blythe H. Chandler, WSBA No. 43387 <br> Beth E. Terrell, WSBA No. 26759 <br> 936 North 34th Street, Suite 300 <br> Seattle, WA 98103 <br> Phone: (206) 816-6603 <br> Email: bchandler@terrellmarshall.com <br> bterrell@terrellmarshall.com | By: */s/ Austin Popham* <br> Austin Popham, WSBA No. 59193 <br> 1301 Second Avenue, Suite 2800 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: austin.popham@morganlewis.com <br><br> W. John Lee (*Pro Hac Vice Pending*) <br> Chloe Leigh Keating (*Pro Hac Vice Pending*) <br> 2222 Market Street <br> Philadelphia, PA 19103 <br> Phone: (215) 963-5000 <br> Email: w.john.lee@morganlewis.com <br> chloe.leigh@morganlewis.com |
| **BERGER MONTAGUE PC** <br><br> Joseph C. Hashmall, (*Pro Hac Vice Pending*) <br> E. Michelle Drake (*Pro Hac Vice application forthcoming*) <br> 43 SE Main Street, Suite 505 <br> Minneapolis, MN 55414 <br> Phone: (612) 594-5999 <br> Email: emdrake@bm.net <br> jhashmall@bm.net <br><br> *Attorneys for Plaintiffs* | *Attorneys for Defendant Amazon.com, Inc.* <br><br> **SEYFARTH SHAW LLP** <br><br> By: */s/ Andrew R. Escobar* <br> Andrew R. Escobar, WSBA No. 42793 <br> 999 Third Avenue, Suite 4700 <br> Seattle, WA 98104-4041 <br> Phone: (206) 946-4910 <br> Email: aescobar@seyfarth.com <br><br> *Counsel for Defendant First Advantage Background Services Corp.* |

STIPULATED MOTION FOR
EXTENSION OF TIME
(Case No. 2:24-cv-00103-SEA) - 4