UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGINA LEE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP. and AMAZON.COM, INC.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00103-JHC<br><br>SECOND STIPULATED MOTION FOR EXTENSION OF TIME<br><br>NOTE ON MOTION CALENDAR:<br>February 29, 2024 (Same Day Motion) |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 7 of the Local Civil Rules, and the Court's February 22, 2024 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 21, ["Initial Scheduling Order"]), Plaintiff REGINA LEE, Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., and Defendant AMAZON.COM, INC. stipulate and agree to, and hereby move for, a three-week extension of the deadline for First Advantage to answer or otherwise respond to Plaintiff's Class Action Complaint from March 1, 2024 to March 22, 2024.  The parties also stipulate and agree to, and hereby move for, a corresponding three-week extension of the deadlines in the Court's Initial Scheduling Order.  As grounds for this stipulated motion, the parties state as follows:

　　　　WHEREAS, Plaintiff filed her Class Action Complaint in this action in the Superior Court of the State of Washington for King County on December 19, 2023;

SECOND STIPULATED MOTION FOR
EXTENSION OF TIME - 1
(Case No. 2:24-cv-00103-JHC)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-3100
(206) 946-4910

1    WHEREAS, on January 24, 2024, Amazon timely filed a Notice of Removal in this Court
2    (Dkt. # 1);

3    WHEREAS, on January 26, 2024, the parties filed a Stipulated Motion for an Extension of
4    Time seeking an extension of Defendants' responsive pleading deadline from January 31, 2024 to
5    March 1, 2024  (Dkt. # 10).  That same day, the Court granted the parties' Stipulated Motion for
6    an Extension of Time  (Dkt. # 14);

7    WHEREAS, on February 22, 2024, the Court entered the Initial Scheduling Order, which
8    "set[] the following dates for initial disclosure and submission of the Joint Report and Discovery
9    Plan":

10   Deadline for FRCP 26(f) Conference:                                 March 7, 2024
11   Initial Disclosures Pursuant to FRCP 26(a)(1):                      March 21, 2024
12   Combined Joint Status Report and Discovery
     Plan as Required by FRCP 26(f)
13   and Local Civil Rule 26(f):                                          March 28, 2024;

14   WHEREAS, First Advantage has been diligently investigating the allegations and claim
15   asserted in Plaintiff's Class Action Complaint but needs additional time to complete its
16   investigation and prepare a response.  Moreover, counsel for Plaintiff and First Advantage have
17   informally exchanged documents and information related to Plaintiff's  allegations and claim, and
18   have discussed the possibility of resolving Plaintiff's claim against First Advantage without the
19   need for further litigation.  Plaintiff and First Advantage need additional time to explore that
20   possibility;

21   WHEREAS, the parties, through their counsel, hereby stipulate and agree that First
22   Advantage should have until March 22, 2024 to answer or otherwise respond to Plaintiff's
23   Complaint;

24   WHEREAS, the parties, through their counsel, also stipulate and agree that the deadlines
25   in the Court's Initial Scheduling Conference should be extended as follows:

26

SECOND STIPULATED MOTION FOR EXTENSION OF TIME - 2

| | | |
|---|---|---|
| 1 | Deadline for FRCP 26(f) Conference: | March 28, 2024 |
| 2 | Initial Disclosures Pursuant to FRCP 26(a)(1): | April 11, 2024 |
| 3-4 | Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | April 18, 2024; |

WHEREAS, this is First Advantage's second request for an extension of time in this action.

WHEREAS, this request is made in good faith and will not affect any other deadlines or the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

NOW THEREFORE, the parties stipulate to the following:

1. To extend the deadline for First Advantage to answer or otherwise respond to Plaintiff's Class Action Complaint from March 1, 2024 to March 22, 2024.

2. To extend the deadlines in the Court's Initial Scheduling Order as follows:

| | | |
|---|---|---|
| | Deadline for FRCP 26(f) Conference: | March 28, 2024 |
| | Initial Disclosures Pursuant to FRCP 26(a)(1): | April 11, 2024 |
| | Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | April 18, 2024 |

**STIPULATED AND AGREED TO** this 29th day of February, 2024

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By:  /s/ Blythe H. Chandler<br>    Blythe H. Chandler, WSBA No. 43387<br>    Beth E. Terrell, WSBA No. 26759<br>    936 North 34th Street, Suite 300<br>    Seattle, Washington 98103<br>    (206) 816-6603 | Phone<br>    Email: bchandler@terrellmarshall.com<br>        bterrell@terrellmarshall.com | By:  /s/ Austin Popham<br>    Austin Popham, WSBA No. 59193<br>    1301 Second Avenue, Suite 2800<br>    Seattle, Washington 98101<br>    (206) 274-6400 | Phone<br>    Email: austin.popham@morganlewis.com |

**BERGER MONTAGUE PC**

  Joseph C. Hashmall, (*Pro Hac Vice*)
  E. Michelle Drake (*Pro Hac Vice*)
  43 SE Main Street, Suite 505
  Minneapolis, Minnesota 55414
  (612) 594-5999 | Phone
  Email: jhashmall@bm.net
      emdrake@bm.net

*Attorneys for Plaintiff*

  W. John Lee (*Pro Hac Vice*)
  Chloe Leigh Keating (*Pro Hac Vice*)
  2222 Market Street
  Philadelphia, Pennsylvania 19103
  (215) 963-5000 | Phone
  Email: w.john.lee@morganlewis.com
      chloe.leigh@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

**SEYFARTH SHAW LLP**

By:   /s/ Andrew Escobar
    Andrew R. Escobar, WSBA No. 42793
    999 Third Avenue, Suite 4700
    Seattle, Washington 98104-4041
    (206) 946-4910 | Phone
    Email: aescobar@seyfarth.com

    Frederick T. Smith (*Pro Hac Vice*)
    Esther Slater McDonald (*Pro Hac Vice*)
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, Georgia 30309-3958
    (404) 885-1500 | Phone
    Email:  fsmith@seyfarth.com
        emcdonald@seyfarth.com

*Attorneys for Defendant First Advantage Background Services Corp.*

SECOND STIPULATED MOTION FOR EXTENSION OF TIME - 4

**ORDER**

Dated this 1st day of March, 2024.

IT IS SO ORDERED.

*John H. Chun*
_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE