|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON |
| REGINA LEE, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP. and AMAZON.COM, INC.<br><br>　　　　　Defendants. | Case No. 2:24-cv-00103-JHC<br><br>STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS |

### I.     STIPULATED MOTION

Pursuant to Local Civil Rule 7(j), Plaintiff Regina Lee ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon") stipulate to continue the Noting Date on Amazon's Motion to Dismiss, thus extending Plaintiff's deadline to respond to the Motion. In support, Plaintiff and Amazon state as follows:

1. On February 29, 2024, Amazon filed its Motion to Dismiss (ECF No. 22) with a Noting Date of March 22, 2024.

2. With this Noting Date, Plaintiff's deadline to respond to the Motion to Dismiss is March 18, 2024, and Amazon's reply is due on March 22.

3. Plaintiff and Amazon have agreed to an extension of the briefing schedule on the Motion to Dismiss by twenty-one days, thus continuing the Noting Date to April 12, and Plaintiff's deadline to respond is thus extended to April 8.

STIPULATED MOTION - 1
Case No. 2:24-cv-00103-JHC

4. Defendant First Advantage Background Services Corp. does not oppose this request.

5. This is the first request to extend the briefing schedule on Amazon's Motion.

STIPULATED TO AND DATED this 8th day of March, 2024.

| BERGER MONTAGUE PC | MORGAN, LEWIS, & BOCKIUS LLP |
|---|---|
| By: /s/ Joseph C. Hashmall | By: /s/Chloe Leigh Keating |
| TERRELL MARSHALL LAW GROUP | Austin Popham, WSBA # 59193 |
| Beth E. Terrell, WSBA #26759 | austin.popham@morganlewis.com |
| Email: bterrell@terrellmarshall.com | 1301 Second Avenue, Suite 3000 |
| Blythe H. Chandler, WSBA #43387 | Seattle, WA 98101 |
| Email: bchandler@terrellmarshall.com | 206-274-6400 |
| 936 North 34th Street, Suite 300 | |
| Seattle, Washington 98103 | W. John Lee, *Pro Hac Vice* |
| Telephone: (206) 816-6603 | w.john.lee@morganlewis.com |
| Facsimile: (206) 319-5450 | Chloe Leigh Keating, *Pro Hac Vice* |
| | chloe.leigh@morganlewis.com |
| E. Michelle Drake, *Admitted Pro Hac Vice* | 2222 Market Street |
| emdrake@bm.net | Philadelphia PA 19103 |
| Joseph Hashmall, *Admitted Pro Hac Vice* | 215-963-5000 |
| jhashmall@bm.net | |
| BERGER MONTAGUE PC | *Attorneys for Amazon.com, Inc.* |
| 1229 Tyler Street NE, Suite 205 | |
| Minneapolis, Minnesota 55413 | |
| Telephone: (612) 594-5999 | |
| Facsimile: (612) 584-4470 | |

*Attorneys for Plaintiff*

## II.   ORDER

The Court DIRECTS the Clerk to re-note Amazon's Motion to Dismiss (Dkt. # 22) for April 12, 2024.  Plaintiff's deadline to respond to the Motion is April 8, 2024.

Dated:  March 8, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION - 3
Case No. 2:24-cv-00103-JHC